ACCEPTED
03-14-00530-CR
5043754
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/27/2015 1:20:49 PM
JEFFREY D. KYLE
CLERK

03-14-00530-CR

| | |
|---|---|
| GRAHAM JAY SONNENBERG | IN THE COURT OF APPEALS |
| VS. | THIRD DISTRICT |
| STATE OF TEXAS | SITTING IN AUSTIN, TEXAS |

FILED
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/27/2015 1:20:49 PM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

To the Court of Appeals, Third Supreme Judicial District:

Now comes GRAHAM JAY SONNENBERG, Appellant, by and through his attorney of record in the above entitled and numbered cause, and files this his Motion for Extension of Time in which to file Appellant's Brief, and would show the following:

### I.

On August 15, 2014, in the 427th District Court of Travis County, Texas in Cause No. D-1-DC-14-904026 entitled The State of Texas v. GRAHAM JAY SONNENBERG, the Appellant was convicted of the offenses of

COUNT ONE (alleged to have been committed on October 29, 2012), Aggravated Assault Bodily Injury with a Deadly Weapon. Defendant sentenced to twenty years confinement; and

COUNT TWO (alleged to have been committed on October 29, 2012), Assault Strangulation Enhanced. Defendant was sentenced to sixteen years confinement.

1

## II.

On August 15, 2014, and within the time required by the Texas Rules of Appellate Procedure Appellant filed his written Notice of Appeal to the Court of Appeals for the Third Supreme Judicial District of Texas.

## III.

A Motion for New Trial was filed on the August 15, 2014, and was overruled by the court by operation of law.

## IV.

The Record on Appeal was timely filed and the Appellant's Brief in this case is due to be filed not later than April 27, 2015, a date which is less than 15 days preceding the effective filing date of this motion for extension of time.

## V.

That Appellant now makes his third request for an extension of time in which to file Appellant's Brief. The period of time requested is an additional fourteen (14) days, or until May 11, 2015.

## VI.

The facts relied upon to reasonably explain the need for an extension of time are as follows: the undersigned counsel is the only attorney representing Appellant and is Court Appointed; counsel has been engaged in the preparation for and

trial/hearing of various matters which have prevented counsel from preparing Appellant's Brief.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this motion for extension of time be granted and that the Court extend the time for the filing of Appellant's Brief for a period of fourteen (14) days or until May 11, 2015.

Respectfully Submitted,

LAW OFFICE OF DON MOREHART
316 West 12th Street, Suite 313
Austin, Texas 78701
Telephone 512-551-0404
Telecopier 512-551-0405
Don@MorehartLaw.com
ATTORNEY FOR APPELLANT

_ */s/ Don Morehart __*
DON MOREHART
SBN 14423700

CERTIFICATE OF SERVICE

By my signature above/below, I hereby certify that a true and correct copy of the above and foregoing was served upon the State's Attorney, Travis County District Attorney, VIA FAX to Appellate Section Fax 512-854-4206 on April 27, 2015.

_ */s/ Don Morehart __*
Don Morehart